IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPITAL BUILDERS, INC. as the General Partner of E&R PARTNERS, L.P., and JAMES M. ESPOSITO, | ) ) ) ) | CIVIL ACTION<br><br>No:  2:21-cv-01069 |
| Plaintiffs,<br>v. | ) ) ) ) | Honorable Patricia L. Dodge<br><br>*ELECTRONICALLY FILED* |
| TOWNSHIP OF ROBINSON, RICHARD URBANO, JOSEPH J. SCHONBECK and MICHAEL A. DUNN, | ) ) ) ) | |
| Defendants. | ) ) | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

KINDLY enter the appearance of MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN and PAUL D. KREPPS, ESQUIRE, as counsel on behalf of all Defendants with regard to the above-captioned matter.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: *Paul D. Krepps*

PAUL D. KREPPS,  ESQUIRE
PA ID #73038
pdkrepps@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
(412) 803-1140 // (412) 803-1188/fax
**Counsel for all Defendants**

LEGAL/144625593.v1